Submitted on record and appellant's brief March 20, reversed March 27, 1978

STATE OF OREGON, *Respondent,*

*v.*

JOHN ROBERT WALKER, *Appellant.*

(No. F73524, CA 9345)

576 P2d 386

James A. Cox, and Richard J. Geisert, Certified Law Student, Lake Oswego, filed the brief for appellant.

James A. Redden, Attorney General, and Thomas H. Denney, Assistant Attorney General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

## PER CURIAM.

The state confesses error.

Reversed.